United States District Court
Southern District of Texas
**ENTERED**
June 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DAVID ERWIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-105 |
| | § | |
| APPLUS VELOSI AMERICA, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties' Joint Motion for Approval of Settlement (Dkt. 47) is **GRANTED**.

The settlement is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Galveston, Texas, this 26th day of June, 2018.

_____
George C. Hanks Jr.
United States District Judge